UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| ENRIQUE ELMONO DENT and JOSLYN JANELLE DENT, | : | CASE NO. 26-59309-LRC |
| | : | |
| Debtors. | : | |

**REPORT OF CHAPTER 7 TRUSTEE OF ASSETS AND REQUEST FOR BAR DATE**

COMES NOW S. Gregory Hays, Chapter 7 Trustee, and reports to the Court that he may recover assets for distribution to creditors and hereby requests that the Court set a bar date for claims.

This 21st day of August, 2026.

*/s/ S. Gregory Hays*

S. Gregory Hays
Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Road, NW, Ste. 555
Atlanta, GA 30305
(404) 926-0060