UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| ENRIQUE ELMONO DENT AND JOSLYN JANELLE DENT, | : | CASE NO. 26-59309-lrc |
| | : | |
| Debtors | : | |
| | : | |

**MOTION TO APPROVE SETTLEMENT AND APPLICATION FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES OF SPECIAL COUNSEL**

COMES NOW Gregory Hays, in his capacity as Chapter 7 Trustee ("Trustee") for the bankruptcy estate (the "Bankruptcy Estate") of Enrique Elmono Dent and Joslyn Janelle Dent ("Debtors"), and hereby files this *Motion to Approve Settlement and Application for Allowance and Payment of Fees and Expenses of Special Counsel* (the "Motion"). In support of the Motion, Trustee shows the Court as follows:

**Jurisdiction, Venue, and Background**

1. Debtors filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on July 16, 2026 (the "Petition Date").

2. Trustee was appointed as the interim Chapter 7 trustee in this case.

3. The meeting of creditors was concluded on August 20, 2026. Trustee is the duly appointed trustee in this case pursuant to 11 U.S.C. § 702(d).

4. Under 11 U.S.C. § 541(a), Debtors' filing of their bankruptcy petition created an estate comprised of, among other things, all legal and equitable interests of Debtors in property as of the Petition Date (the "Bankruptcy Estate").

5. On April 7, 2025, Enrique Elmono Dent ("E. Dent") filed in the State Court of Fulton County a *Complaint for Damages* against Seth J. Cox ("Defendant"), styled *Enrique E. Dent v. Seth J. Cox, Civil,* Action No. 25EV003850 (the "Litigation"). Bader Law, through Of Counsel Sarah B. Flack ("Bader Law"), represented E. Dent in the Litigation.

6. On May 9, 2025, Southern Trust Insurance Company ("Southern Trust") filed its *Answer and Cross-Claim on Behalf of Southern Trust Insurance Company*, seeking, among other things, judgment against Defendant if Defendant is an uninsured or underinsured motorist and if Southern Trust is required to pay or satisfy any judgment in favor of E. Dent by reason that Defendant is an uninsured or underinsured motorist.

7. Prior to the Petition Date, E. Dent received $25,000.00 on account of bodily injury (the "BI Fund"), and $5,000.00 on account of medical payments (the "Medicals"), which amounts are currently held by Bader Law and constitute property of the Bankruptcy Estate. The remaining uninsured motorist claim in the Litigation (the "UM Claim") is property of the Bankruptcy Estate.

8. On September 1, 2026, Trustee filed his *Application to Employ Bader Law as Special Counsel for Trustee* (the "Special Counsel Application") seeking to employ Bader Law as special counsel to pursue the UM Claim.

9. On September 2, 2026, the Court entered its Order granting the Special Counsel Application and authorizing the employment of Bader Law as special counsel on a contingency fee basis (Doc. No. 29).

10. The parties participated in mediation on September 3, 2026, and agreed to settle the UM Claim for $75,000.00 (the "UM Settlement").

11. Under the contingency fee arrangement, Bader Law is entitled to a contingency fee in the amount of $33,300.00, which represents 33.30% of the UM Settlement and BI Claim (the

"Contingency Fee"), plus reimbursement of expenses in the amount of $1,698.30. Itemized expenses are set forth on attached Exhibit "A." In addition to the itemized expenses, Bader incurred $499.31 in filing fees, additional mailing expenses, and TLO (collectively with the itemized expenses on Exhibit "A," the "Expenses").

**Request for Relief**

12. By this Motion, Trustee requests that the Court (i) approve the Settlement of the UM Claim, and (ii) approve the allowance and payment of the Contingency Fee and reimbursement of the Expenses.

**Basis for Relief**

**Approval of Settlement**

13. Trustee requests that the Court consider approving the Settlement and Settlement Payment in full and final settlement pursuant to Fed. R. Bankr. P. 9019 ("Rule 9019"). Under Rule 9019, the Court has discretionary authority to approve a compromise of a controversy or dispute. *See Protective Comm. for Independent Stockholders of TNT Trailer Ferry, Inc. v. Anderson*, 390 U.S. 414, 424 (1968); *Continental Airlines, Inc. v. Airline Pilots Ass'n Infl. (In re Continental Airlines, Inc.)*, 907 F.2d 1500, 1508 (5th Cir. 1990).

14. Whether to approve a proposed compromise is a matter within the sound discretion of the Bankruptcy Court and pre-trial settlements are favored by the courts. *See In re Munford, Inc.*, 97 F.3d 449, 455 (11th Cir. 1996); *In re AWECO, Inc.*, 725 F.2d 293, 297 (11th Cir. 1984); *In re Grot*, 291 Br. 204, 208 (Bankr. M.D. Ga. 2003). Bankruptcy settlements are a "normal part of the bankruptcy process" and "desirable and wise methods of bringing to close proceedings otherwise lengthy, complicated and costly." *TNT Trailer*, 390 U.S. at 424 (1986).

15. Here, the Settlement avoids the risks inherent in litigation and the costs associated therewith. Trustee, therefore, believes that the Settlement represents a fair and reasonable recovery for the Bankruptcy Estate.

**Allowance and Payment of Contingency Fee and Expenses**

16. In accordance with the provisions of 11 U.S.C. § 330, Trustee and Bader Law file seek (i) allowance of the Contingency Fee to Bader Law in the amount of $33,300.00, and (ii) reimbursement to Bader Law for the Expenses totaling $1,698.30.

17. With respect to the services which have been provided by Bader Law in this case, Bader Law shows that all services relating to the UM Claim were necessary to assist Trustee. Bader Law shows that the fair and reasonable value of these services and the cost of comparable services in a case not proceeding under the Bankruptcy Code is not less than $33,300.00.

18. Bader Law submits that its contingency fee rate is equal to or less than the rates of lawyers of reasonably comparable skills, experience and reputation in cases of similar complexity and size in the geographic area in which it practices.

19. Bader Law shows that all services for which compensation is requested have been actually provided to Trustee, and to no other parties.

20. Any compensation awarded by the Court will not be shared except among Bader Law's members and lawyers regularly practicing with Bader Law. In addition, Bader Law has received no compensation from any source in connection with this case.

21. Bader Law shows further that it has incurred Expenses in the amount of $1,698.30. The Expenses incurred in this case were actual, necessary expenses which are reasonable.

22. Trustee further requests that Bader Law remit to Trustee the funds remaining after payment of the Contingency Fee and the Expenses.

WHEREFORE, Trustee prays that this Court:

(i) approve the Settlement in full and final settlement of the UM Claim;

(ii) Bader Law be allowed the Contingency Fee in the amount of $33,300.00;

(iii) Bader Law be allowed the sum of $1,698.30 for reimbursement of the Expenses;

(iv) Authorize payment to Bader Law of the amounts allowed hereunder; and

(v) Grant such other relief as is appropriate.

Dated: September 18, 2026

LAMBERTH, CIFELLI,
ELLIS & NASON, P.A.
*Counsel for Trustee*

*/s/ G. Frank Nason, IV*
G. Frank Nason, IV
Georgia Bar No. 535160
fnason@lcenlaw.com

6000 Lake Forrest Drive, N.W.
Suite 290
Atlanta, GA 30328
(404) 262-7373

**Exhibit "A"**

# Bader Scott Injury Lawyers

## Enrique Elmono Dent - 12093793 (ATL)- QB report

All Dates

| DATE | TRANSACTION TYPE | NUM | NAME | CLASS | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| Advance Client Cost | | | | | | | | |
| Advance Client Costs - PI | | | | | | | | |
| 12/15/2025 | Expense | | | | PXY STENO LOS ANGELES CA SETH A BADER-52001-CH_3SEFAWAX +13105738380 PXY STENO LOS ANGELES CA | AMEX - 52001 | 200.00 | 200.00 |
| 06/30/2026 | Expense | | Chartswap | | PXY BTCHARTSWAP HOUSTON TX SETH BADER-53009-7C8WZDXV REQ-24524517 77002 PXY BT*CHARTSWAP HOUSTON TX | AMEX - 52001 | 5.00 | 205.00 |
| 07/02/2026 | Expense | | Chartswap | | PXY BTCHARTSWAP HOUSTON TX SETH BADER-53009-E2Z0GBSS REQ-24710458 77002 PXY BT*CHARTSWAP HOUSTON TX | AMEX - 52001 | 25.00 | 230.00 |
| **Total for Advance Client Costs - PI** | | | | | | | **$230.00** | |
| Client Cost | | | | | | | | |
| 04/21/2025 | Expense | | Metro Process Server | | PXY METRO COURT SCARTERSVILLE GA SETH BADER-64009-CH_3RGNJRD1 +16785247292 PXY METRO COURT SERVICES CARTERSVILLE GA | AMEX - 69000 | 325.00 | 325.00 |
| 05/13/2025 | Expense | | Metro Process Server | | PXY METRO COURT SCARTERSVILLE GA SETH BADER-64009-CH_3ROL5CD1 +16785247292 PXY METRO COURT SERVICES CARTERSVILLE GA | AMEX - 69000 | 140.00 | 465.00 |
| **Total for Client Cost** | | | | | | | **$465.00** | |
| Client Cost - Medical Providers | | | | | | | | |
| 07/15/2024 | Expense | | Chartswap | | PXY BTCHARTSWAP HOUSTON TX SETH BADER-65006 | AMEX - 69000 | 22.00 | 22.00 |
| 07/15/2024 | Expense | | Chartswap | | PXY BTCHARTSWAP HOUSTON TX SETH BADER-65006 | AMEX - 69000 | 30.00 | 52.00 |
| 07/15/2024 | Expense | | Chartswap | | PXY BTCHARTSWAP HOUSTON TX SETH BADER-65006 | AMEX - 69000 | 30.00 | 82.00 |
| 07/15/2024 | Expense | | Chartswap | | PXY BTCHARTSWAP HOUSTON TX SETH BADER-65006 | AMEX - 69000 | 30.00 | 112.00 |
| 07/15/2024 | Expense | | Chartswap | | PXY BTCHARTSWAP HOUSTON TX SETH BADER-65006 | AMEX - 69000 | 30.00 | 142.00 |
| 07/23/2024 | Expense | | Chartswap | | PXY BTCHARTSWAP HOUSTON TX SETH BADER-65006 | AMEX - 69000 | 25.88 | 167.88 |
| 07/23/2024 | Expense | | Chartswap | | PXY BTCHARTSWAP HOUSTON TX SETH BADER-65006 | AMEX - 69000 | 25.88 | 193.76 |
| 07/23/2024 | Expense | | Chartswap | | PXY BTCHARTSWAP HOUSTON TX SETH BADER-65006 | AMEX - 69000 | 30.00 | 223.76 |
| 08/01/2024 | Expense | | Chartswap | | PXY BTCHARTSWAP HOUSTON TX SETH BADER-65006 | AMEX - 69000 | 30.00 | 253.76 |
| 08/20/2024 | Expense | | Chartswap | | PXY BTCHARTSWAP HOUSTON TX SETH BADER-68000-B3CFA1FG 8558797927 PXY BT*CHARTSWAP HOUSTON TX | AMEX - 69000 | 25.00 | 278.76 |
| 08/22/2024 | Expense | | Chartswap | | PXY BTCHARTSWAP HOUSTON TX SETH BADER-68000-QR4N4GRX 8558797927 PXY BT*CHARTSWAP HOUSTON TX | AMEX - 69000 | 25.88 | 304.64 |
| 08/27/2024 | Expense | | CIOX Health | | PXY CIOX HEALTH ALPHARETTA GA SETH BADER-68000-45380982102 800-367-1500 PXY CIOX HEALTH ALPHARETTA GA | AMEX - 69000 | 35.64 | 340.28 |
| 08/28/2024 | Expense | | CIOX Health | | PXY CIOX HEALTH ALPHARETTA GA SETH BADER-68000-45516498F02 800-367-1500 PXY CIOX HEALTH ALPHARETTA GA | AMEX - 69000 | 28.85 | 369.13 |
| 09/09/2024 | Expense | | | | PXY BTCHARTSWAP HOUSTON TX SETH BADER-68000-C6XC16TP 8558797927 PXY BT*CHARTSWAP HOUSTON TX | AMEX - 69000 | 30.00 | 399.13 |
| 09/13/2024 | Expense | | | | PXY BTCHARTSWAP HOUSTON TX SETH BADER-68000-E4VMD2ME 8558797927 PXY BT*CHARTSWAP HOUSTON TX | AMEX - 69000 | 25.88 | 425.01 |
| 10/15/2024 | Expense | | Chartswap | | PXY BTCHARTSWAP HOUSTON TX SETH BADER-68000-98BWPXWA 8558797927 PXY BT*CHARTSWAP HOUSTON TX | AMEX - 69000 | 25.88 | 450.89 |
| 10/15/2024 | Expense | | CIOX Health | | PXY CIOX HEALTH ALPHARETTA GA SETH BADER-68000-74425562R1V 800-367-1500 PXY CIOX HEALTH ALPHARETTA GA | AMEX - 69000 | 53.10 | 503.99 |
| **Total for Client Cost - Medical Providers** | | | | | | | **$503.99** | |
| **Total for Client Cost with sub-accounts** | | | | | | | **$968.99** | |

**Certificate of Service**

This is to certify that I have on this day electronically filed the foregoing *Motion to Approve Settlement and Application for Allowance and Payment of Fees and Expenses of Special Counsel* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program.

Dated: September 18, 2026

*/s/ G. Frank Nason, IV*
G. Frank Nason, IV
Georgia Bar No. 535160
fnason@lcenlaw.com

6000 Lake Forrest Drive, N.W.
Suite 290
Atlanta, GA 30328
(404) 262-7373