**Movant's counsel shall serve a copy of this Order on all non-ECF recipients, including the Debtor, within 3 days of entry and shall file a certificate of service evidencing the same within 3 days of service.**

**IT IS ORDERED as set forth below:**

**Date: October 22, 2026**

**Lisa Ritchey Craig**
**U.S. Bankruptcy Court Judge**

**Signed as Revised by the Court**

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| ENRIQUE ELMONO DENT AND | : | |
| JOSLYN JANELLE DENT, | : | CASE NO. 26-59309-lrc |
| | : | |
| Debtors | : | |
| | : | |

**ORDER APPROVING SETTLEMENT AND APPROVING ALLOWANCE AND PAYMENT OF FEES AND EXPENSES OF SPECIAL COUNSEL**

On September 18, 2026, S. Gregory Hays, as Chapter 7 Trustee ("Trustee") for the bankruptcy estate of Enrique Elmono Dent and Joslyn Janelle Dent ("Debtor") filed his *Motion to Approve Settlement and Application for Allowance and Payment of Fees and Expenses of Special Counsel* (the "Motion") (Doc. No. 32), seeking approval of a settlement of an uninsured motorist claim for $75,000.00 and allowance and payment of special counsel's fees in the amount of $33,300.00 and reimbursement of expenses in the amount of $1,698.30.

In the Motion, Trustee sets forth that (i) Debtor Enrique Dent filed in the State Court of Fulton County a *Complaint for Damages* against Seth J. Cox ("Defendant"), styled *Enrique E.*

*Dent v. Seth J. Cox, Civil,* Action No. 25EV003850 (the "Litigation"), (ii) Southern Trust Insurance Company ("Southern Trust") filed its *Answer and Cross-Claim on Behalf of Southern Trust Insurance Company*, seeking, among other things, judgment against Defendant if Defendant is an uninsured or underinsured motorist and if Southern Trust is required to pay or satisfy any judgment in favor of E. Dent by reason that Defendant is an uninsured or underinsured motorist, and (iii) prior to the Petition Date (as defined in the Motion), E. Dent received $25,000.00 on account of bodily injury (the "BI Claim"), and $5,000.00 on account of medical payments (the "Medicals"), which amounts are currently held by Bader Law, which represented E. Dent prepetition and was duly employed as special counsel by order entered September 2, 2026 (Doc. No. 29). The Motion sets forth that the parties participated in mediation on September 3, 2026, and agreed to settle the UM Claim for $75,000.00 (the "UM Settlement").

On September 18, 2026, Trustee filed his *Notice of Motion to Approve Settlement and Special Counsel Fees and Expenses, Deadline to Object and for Hearing* (the "Notice") (Doc. No. 33) pursuant to the *Fifth Amended and Restated General Order 24-2018*. The Notice was served on all creditors and interested parties on September 18, 2026 (Doc. No. 34). The Notice set the hearing on the Motion for November 4, 2026 (the "Hearing"), and fixed the deadline for objections to the Motion as October 13, 2026 (which is the first business day that is more than 24 days from the service of the Notice).

Notice of the opportunity to object and for Hearing was provided pursuant to the procedures of the *Fifth Amended and Restated General Order 24-2018* and no objection to the Motion was filed prior to the objection deadline. The Court has considered the Motion and all matters of record, including the lack of objection thereto. Based on the foregoing, no further notice

or hearing is required, and the Court finds that good cause exists to grant the relief requested in the Motion. Accordingly, it is

ORDERED that the Motion is APPROVED; and it is further

ORDERED that the UM Settlement is hereby APPROVED; and it is further

ORDERED that Bader Law is hereby allowed fees and in the amount of $33,300.00, representing 33.30% of the UM Settlement and BI Claim; and it is further

ORDERED that Bader Law is hereby allowed reimbursement of expenses in the amount of $1,698.30; and it is further

ORDERED that Bader Law is authorized to be paid the fees and reimbursed the expenses allowed hereunder from the proceeds of the UM Settlement proceeds and BI Claim; and it is further

ORDERED that Bader Law shall remit to Trustee the balance of the proceeds of the UM Settlement, the BI Claim, and the Medicals, after payment of the fees and reimbursement of the expenses approved hereunder.

[END OF DOCUMENT]

**Prepared and presented by:**

LAMBERTH, CIFELLI,
ELLIS & NASON, P.A.

By: */s/ G. Frank Nason, IV*
G. Frank Nason, IV
Georgia Bar No. 535160
fnason@lcenlaw.com
6000 Lake Forrest Drive, N.W.
Suite 290
Atlanta, GA 30328
(404) 262-7373

**Identification of parties to be served:**

G. Frank Nason, IV, Lamberth, Cifelli, Ellis & Nason, P.A., 6000 Lake Forrest Drive, NW, Suite 290, Atlanta, GA 30328

Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303

S. Gregory Hays, Hays Financial Consulting, LLC, Suite 555, 2964 Peachtree Road, Atlanta, GA 30305

Bader Law, 3384 Peachtree Rd., Suite 500, Atlanta, GA 30326

Sarah Flack Law, 3355 Lenox Road, Suite 750, Atlanta, GA 30305

Enrique Elmono Dent, 5692 St. Thomas Drive, Lithonia, GA 30058

William A. Rountree, Rountree Leitman Klein & Geer, LLC, Century Plaza I, Suite 350, 2987 Clairmont Road, Atlanta, GA 30329